IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RONALD D. KRALLE                              :         CIVIL ACTION
                                              :
            vs.                               :
                                              :         NO. 15-3932
VIKING CLIENT SERVICES, INC.

O R D E R

**AND NOW, TO WIT:** This 20th day of August, 2015, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


**MICHAEL E. KUNZ**, Clerk of Court

BY: s/carol d. james
    _____
    Carol D. James
    Deputy Clerk

Civ 2 (8/2000)
41(b).frm